NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TAMMY R. BALLANCE,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

---

2023-1673

---

Petition for review of the Merit Systems Protection Board in No. DC-3443-17-0476-I-1.

---

## O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

2                                          BALLANCE V. MSPB


        ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

                                        FOR THE COURT


September 19, 2023
        Date                            /s/ Jarrett B. Perlow
                                        Jarrett B. Perlow
                                        Clerk of Court


**ISSUED AS A MANDATE:** September 19, 2023